# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Raoul Marradi,
          Plaintiff(s),

V.                            CIVIL ACTION NO. 1:13cv10813 - RGS

Galway House, Inc., et al.,
          Defendant(s),

## JUDGMENT

STEARNS, DJ.                            April 15, 2014

    In accordance with the Court's Memorandum and Order on the Defendants' Motion for Summary Judgment entered on April 15, 2014 it is hereby ordered:

Judgment for Defendants'. Case closed.

                        SO ORDERED.

                        RICHARD G. STEARNS
                        UNITED STATES DISTRICT JUDGE

BY:          /s/ Terri Seelye
               Deputy Clerk