UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAOUL MARRADI, | ) | Civil Action No. 13-10813-RGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOAN CALZANO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

SETTLEMENT ORDER OF DISMISSAL
July 18, 2014

The court, having been advised on July 18, 2014, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk